JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOROUGH FERDOWSI, ABOLGHASEM FERDOWSI, and ESMAT ASGHARI, | Case No. 8:23-cv-01123-JWH-KES |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| ANTONY J. BLINKEN, in his official capacity as U.S. Secretary of State, and JULIE M. STUFFT, in her official capacity as the Acting Deputy Assistant Secretary and Managing Director for Visa Services, | |
| Defendants. | |

1    Pursuant to the "Order on Defendants' Motion to Dismiss [ECF
2  No. 16]," entered on or about February 12, 2024,
3        It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:
4        1.    This Court possesses subject matter jurisdiction over the above-
5  captioned action pursuant to 28 U.S.C. §§ 1331, 1329, and 1361.
6        2.    Defendants Antony J. Blinken and Julie M. Stufft shall have
7  **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiffs Forough Ferdowsi,
8  Abolghasem Ferdowsi, and Esmat Asghari.  Plaintiffs shall take nothing by way
9  of their petition for writ of mandamus and complaint.  This action is
10  **DISMISSED without prejudice**.
11        3.    To the extent that any party requests any other form of relief, such
12  request is **DENIED**.
13        **IT IS SO ORDERED.**

14
15  Dated:_____April 9, 2024_____

16                                    John W. Holcomb
                                      UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

-2-